IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
EASTERN DIVISION

GINA M. KENNEDY,

        Plaintiff,

vs.                                      Civil Action 2:14-cv-419
                                              Chief Judge Sargus
COMMISSIONER OF SOCIAL SECURITY,      Magistrate Judge King

        Defendant.

### ORDER

On January 27, 2015, the United States Magistrate Judge recommended that the decision of the Commissioner be reversed and that the action be remanded for further consideration of the opinions of plaintiff's treating physician, Dr. Kratz. *Report and Recommendation*, ECF 21. Although the parties were advised of their right to object to that recommendation and of the consequences of their failure to do so, there has been no objection.

The *Report and Recommendation*, ECF 21, is **ADOPTED AND AFFIRMED**. The decision of the Commissioner is **REVERSED** and this action is **REMANDED** to the Commissioner of Social Security for further consideration of the opinions of Dr. Kratz.

The Clerk is **DIRECTED** to enter **FINAL JUDGMENT** pursuant to Sentence 4 of 42 U.S.C. § 405(g).

It is so **ORDERED**.

2-18-2015
Date

                                              Edmund A. Sargus, Jr.
                                              Chief United States District Judge